IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Beverley Bello and Stephen Bello, Individually, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Northern Plains Hospitality, LLC a/k/a Northern Plains Inn, | ) ) ) | Case No. 1:20-cv-089 |
| Defendant. | ) ) | |

The court shall schedule a status conference with the parties by telephone on September 3, 2021, at 1:30 PM CDT. The primary purpose of the conference is to ascertain the status of defendant's representation in this matter. To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court