# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Beverley Bello and Stephen Bello, Individually, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Northern Plains Hospitality, LLC a/k/a Northern Plains Inn, | ) ) Case No. 1:20-cv-089 |
| Defendant. | ) ) |

The status conference scheduled for September 3, 2021, shall be rescheduled for September 20, 2021, at 10:00 AM CDT. The primary purpose of the conference is to ascertain the status of defendant's representation in this matter. To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court