IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Beverley Bello and Stephen Bello, Individually, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Northern Plains Hospitality, LLC a/k/a Northern Plains Inn, | ) ) Case No. 1:20-cv-089 ) |
| Defendant. | ) |

A status conference is scheduled for October 5, 2021, at 9:00 AM CDT by telephone. The primary purpose of the conference is to discuss defendant's representation in this matter and how the parties intend to proceed  To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court